UNITED STATES DISTRICT COURT
DISTRICT OF NEW HAMPSHIRE

Harold Peterson

                v.                        Civil No. 15-cv-00411-PB

Barack Obama II, President of the
United States

O R D E R

After due consideration of the objection filed, I herewith approve the Report and Recommendation of Magistrate Judge Andrea K. Johnstone dated November 30, 2015.

SO ORDERED.

                                        /s/ Paul Barbadoro
                                        Paul Barbadoro
                                        United States District Judge

Date: December 9, 2015

cc:   Harold Peterson, pro se